479 S.E.2d 290

**In the Matter of John R. CANTRELL, Jr., Respondent.**

Supreme Court of South Carolina.

Dec. 18, 1996.

## ORDER

Respondent pled guilty to a one count of failure to make and file a South Carolina Income Tax return in violation of S.C.Code Ann. § 12–54–40(b)(6)(c) (Supp.1995). The Board of Commissioners on Grievances and Discipline asks this Court to temporarily suspend respondent from the practice of law in this State pursuant to Paragraph 6 of the Rule on Disciplinary Procedure, Rule 413, SCACR.

IT IS ORDERED that the petition is granted and respon-. dent is temporarily suspended from the practice of law until further order of this Court.

/s/ <u>Ernest A. Finney, Jr.</u>
Chief Justice
FOR THE COURT